UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DELFINO VAZQUEZ,<br>          Petitioner,<br>     v.<br>DERRELL G. ADAMS,<br>          Respondent. | No. CV 08-5948-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Aug 1 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE